**NOT FOR CITATION**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| JOSEPH F. ESCALANTE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 5:13-cv-03098 HRL<br><br>**ORDER TO SHOW CAUSE RE SANCTIONS** |

Upon filing, this action was scheduled for an October 8, 2013 initial case management conference. Plaintiff Joseph F. Escalante failed to appear. He is therefore ordered to appear in person before this court on October 22, 2013, 10:00 a.m., Courtroom 2, 280 South First Street, San Jose, California and show cause why the court should not impose sanctions, including dismissal of this action, for his failure to prosecute this matter.

    **SO ORDERED**.

Dated: October 8, 2013

                                                                      _____<br>
                                                                      HOWARD R. LLOYD<br>
                                                                      UNITED STATES MAGISTRATE JUDGE

1   5:13-cv-03098-HRL Notice sent by U.S. Mail to:

2

3   Joseph F. Escalante
    336 Navajo Drive
4   Salinas, CA 93906

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28